FILED

IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF
GEORGIA

W. YVONNE EVANS
CLERK

BY
Janet Arnold

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN Re: | . | Case No. :  08-76590-jem |
| Tawanna Savage | . | Chapter   : 13 |
| Debtor | . | Judge     : James Massey |

## VOLUNTARY DISMISSAL

COMES now Debtor in the above styled case and files this, her *VOLUNTARY DISMISSAL*. Debtor was informed by Consumer Credit Counseling Services of Greater Atlanta, Inc. (**CCCS**) that her Certificate of Counseling (#02114-gan-cc-003652626) would not expire until September 25, 2008 which was within the One Hundred and Eighty (180) day requirement for counseling. The Trustee informed Debtor, prior to the Meeting of the Creditors, that he/she objected to this Certificate in difference to the certification of **CCCS**; therefore, Debtor chooses to voluntarily dismiss and re-certify so as neither to be in conflict nor outside of the Certificate Validity.

Submitted this the 29th day of September 2008.

Tawanna Savage

1811 Lake Cove Drive
Atlanta, GA  30331

08 - 765

Certificate Number: 02114-gan-cc-003652626

## CERTIFICATE OF COUNSELING

I CERTIFY that on 03/25/08 at 02:19 o'clock PM EST, TAWANNA SAVAGE received from Consumer Credit Counseling Service of Greater Atlanta, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted    by internet

Date: 03-25-2008                    By      /s/TAMIRA PATTERSON

                                   Name    TAMIRA PATTERSON

                                   Title   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

I.      SN SERVICING CORPORATION
        Account#0000227528
        323 5th Street
        Eureka, California  95501

II.     REAL TIME RESOLUTIONS, INC.
        Account#0835018751
        1750 Regal Row, Suite 120
        Dallas, Texas  75235-2287

III.    CITY OF ATLANTA
        Account#0152969303
        Account#0152969304
        P.O. Box 105275
        Atlanta, GA  30348-5275

IV.     CATALYST NATURAL GAS
        Account#3877101431
        P.O. Box 863943
        Orlando, Florida 32886-3943

V.      AT&T
        Account#40434426006320354
        P.O. Box 105503
        Atlanta, GA  30348-5503

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN Re:                              .          Case No. :  **08-76590-jem**

    **Tawanna Savage**          .          Chapter    :  13

           **Debtor**          .          Judge        :  **James Massey**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the **29**[th] day of **September 2008**, I served a copy of **VOLUNTARY DISMISSAL**, which was filed in this bankruptcy matter on the **29**[th] day of **September 2008**

---

Mode of service (circle one):          **X**  MAIL          ___HAND DELIVER

Name and Address of each party served (see Mailing Matrix attached):

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 29 September 2008          Signature: *Tawanna Savage*

                                     Printed Name: *Tawanna Savage*

                                     Address:          1811 Lake Cove
                                                         Atlanta, GA  30331

                                     Phone:          404-493-3423